ACCEPTED
04-15-00643-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/9/2015 9:24:20 AM
KEITH HOTTLE
CLERK

Cause No. 04-15-00643-CV

In the Fourth Court of Appeals of Texas
San Antonio, Texas

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/9/2015 9:24:20 AM
KEITH E. HOTTLE
Clerk

SANDRA GALVAN, Individually and as Next Friend of V.R., Minor and MARIA ZEMPOALTCALT,      Individually

*Appellants*,

v.

ROSALVA GARCIA

*Appellee.*

Appeal Arising out of the 381st Judicial District Court
Starr County, Texas
The Honorable Jose Luis Garza, Presiding
Trial Cause No. DC-14-307

## APPELLEE ROSALVA GARCIA'S
## NOTICE OF APPEARANCE OF LEAD APPELLATE COUNSEL

Guillermo Tijerina, Jr.
Texas Bar No. 24056437
VIDAURRI, LYDE, RODRIGUEZ
    & HAYNES,  L.L.P.
202 N. Tenth Avenue
Edinburg, Texas 78541
956.381.6602
956.381.0725 *fax*
gtijerina@vlrhlaw.com
jpalomo@vlrhlaw.com

Nicholas B. Dominguez
Texas Bar No. 24045794
(Lead Appellate Counsel)
VIDAURRI, LYDE, RODRIGUEZ
    & HAYNES,  L.L.P.
One Alamo Center
106 S. St. Mary's St, Ste 201
San Antonio, Texas 78205
210.022.8541
210.922.8547 fax
ndominguez@vlrhlaw.com

*Counsel for Appellee Rosalva Garcia*

TO THE HONORABLE FOURTH COURT OF APPEALS:

Comes now Rosalva Garcia, Appellee, and files this, her Notice of Appearance of Lead Appellate Counsel and designates Nicholas B. Dominguez as Appellee's lead appellate counsel. *See* TEX. R. APP. P. 6.1(b). The contact information for Appellee's lead appellate counsel is:

Nicholas B. Dominguez
Texas Bar No. 24045794
VIDAURRI, LYDE, RODRIGUEZ & HAYNES, L.L.P.
One Alamo Center
106 S. St. Mary's Street, Suite 201
San Antonio, Texas 78205
210.022.8541
210.922.8547 fax
ndominguez@vlrhlaw.com

Guillermo Tijerina, Jr., Appellee's lead trial counsel, remains as additional counsel in this Court.

Respectfully submitted,

VIDAURRI, LYDE, RODRIGUEZ &
    HAYNES, L.L.P.

By: */s/ Nicholas B. Dominguez*
_____
Nicholas B. Dominguez
Texas Bar No. 24045794

One Alamo Center
106 S. St. Mary's Street, Suite 201
San Antonio, Texas 78205
210.022.8541
210.922.8547 fax
ndominguez@vlrhlaw.com

*Counsel for Appellee Rosalva Garcia*

## CERTIFICATE OF COMPLIANCE

Pursuant to TEX. R. APP. P. 9.4, I hereby certify that the *Appellee Rosalva Garcia's Notice of Appearance of Lead Appellate Counsel* contains 86 words. This is a computer-generated document created in Microsoft Word, and it uses 14-point typeface for all text in the body and 12-point font for footnotes. In making this certificate of compliance, I am relying on the word count provided by the software used to prepare the document.

*/s/ Nicholas B. Dominguez*

_____

Nicholas B. Dominguez

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above *Appellee Rosalva Garcia's Notice of Appearance of Lead Appellate Counsel* has been served upon the listed parties, through counsel, on this the 9th day of November, 2015

Aizar J. Karam, Jr.
KARAM LAW FIRM
1722 Pecan Avenue
McAllen, TX 78501

*Via E-Service:*
*akaram@karamlawfirm.com*

*Trial Counsel for Sandra Galvan, Individually and as Next Friend of V.R., Minor and Maria Zempoaltcalt, Individually*

Brendan K. McBride
The McBride Law Firm
425 Soledad, Ste. 620
San Antonio, Texas 78205

*Via E-Service:*
*Brandan.mcbride@att.net*

*Appellate Counsel for Sandra Galvan, Individually and as Next Friend of V.R., Minor and Maria Zempoaltcalt, Individually*

*/s/ Nicholas B. Dominguez*

_____
Nicholas B. Dominguez